

**EDWARDS WILDMAN PALMER LLP**
111 HUNTINGTON AVENUE
BOSTON, MA 02199
+1 617 239 0100 main  +1 617 227 4420 fax
edwardswildman.com

Siobhan M. Sweeney
+1 617 517 5596
*fax* +1 888 325 9182
ssweeney@edwardswildman.com

## MEMO ENDORSED

September 12, 2012

**VIA FACSIMILE 914-390-4170**

Hon. Vincent L. Briccetti
United States Federal Court for the Southern District of New York
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Tatiana Almeida v. Bank of America, N.A. and Iris Almeida,
**USDC SDNY** (White Plains) No. 12-cv-1119 (VLB) (LMS)

Dear Judge Briccetti:

I represent Bank of America, N.A. and Iris Almeida, in the above-referenced action brought by Tatiana Almeida. Per the instructions of your Order dated July 13, 2012, I write to provide you with a 60 day update of the parties' progress in the Court's Alternative Dispute Resolution program of mediation. The parties are continuing to work with the court appointed mediator, Michael Leo, to resolve this matter. The parties and Mr. Leo are currently working to schedule a joint conference call in furtherance of settlement discussions.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Siobhan M. Sweeney

cc: Anthony Giordano, Esq. (via e-mail)

America 17107232.1

*[Handwritten endorsement:] Next status report due 11/13/12. VSB, USDJ 9/12/12*

BOSTON • CHICAGO • FT LAUDERDALE • HARTFORD • LONDON • LOS ANGELES • MADISON NJ • NEW YORK • NEWPORT BEACH
PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH • HONG KONG (associated office)